IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| **FREIGHTQUOTE.COM, INC.,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Case No. 04-2251-KHV/JPO |
| | ) |
| **PACIFIC ATLANTIC FORWARDERS,** | ) |
| et al., | ) |
| | ) |
| **Defendants.** | ) |

## ORDER OF DEFAULT JUDGMENT

Upon the motion of plaintiff, freightquote.com, Inc., and pursuant to Fed. R. Civ. P. 55, the Court, having been fully advised in the premises, hereby

**ORDERS, ADJUDGES AND DECREES** that judgment is entered in favor of plaintiff, freightone.com, Inc. and against defendant, Pacific Atlantic Forwarders, on Counts One through Four of plaintiff's Complaint in the following amounts:

(a) One Million, Eighty-Four Thousand, Ninety-Seven and 70/100 dollars ($1,084,097.70), representing the principal sum due;

(b) Unpaid, accrued interest at the statutory rate of 10.000% per annum from June 1, 2004 through March 17, 2005, in the amount of Eighty-Five Thousand, Eight Hundred Thirty-Six and 75/100 Dollars ($85,836.75), with interest continuing to accrue at the statutory rate of 10.000% per annum from March 17, 2005;

(c) Attorneys fees, including costs for a process server of $130.00 and the filing fee of $150.00; and

(d) For such other and further relief as the Court deems just and proper.

**IT IS SO ORDERED.**

s/ Kathryn H. Vratil  
Kathryn H. Vratil  
United States District Judge

Submitted by:

/s Michael E. Callahan
Michael E. Callahan          KS #17743
Andrea C. Bernica            KS #21441
BLACKWELL SANDERS PEPER MARTIN LLP
4801 Main Street, Suite 1000
Kansas City, MO  64112
Telephone:  (816) 983-8000
Facsimile: (816) 983-8080

Attorneys for freightquote.com, Inc.

- 2 -

KC-1304472-1